Brenda K. Martin, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In Re | ) | In Proceedings Under |
|---|---|---|
| | ) | Chapter 11 |
| | ) | |
| ROBERT THOMAS BACK and LINDA MARIE BACK, | ) | Case No. 2:19-bk-13684 BKM |
| | ) | |
| | ) | ORDER APPROVING SECOND |
| Debtors. | ) | APPLICATION FOR INTERIM |
| | ) | COMPENSATION OF ATTORNEYS' |
| | ) | FEES AND REIMBURSEMENT OF |
| | ) | EXPENSES |
| | ) | |

THIS MATTER COMES before the Court on the Second Application for Interim Compensation of Attorneys' Fees and Reimbursement of Expenses, filed on May 18, 2020, by the Applicant, Allan D. NewDelman, P.C.. The Court further noting that the Application was properly noticed out to all creditors and parties in interest, and that no objections were filed. The Court noting that good cause having been shown and the Court having been otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Second Application for Interim Compensation of Attorneys' Fees and Reimbursement of Expenses, in the amount of $15,066.34 is APPROVED, provided funds are available and that the payment will not prejudice Claimants of equal or higher priority.

SIGNED AND DATED ABOVE.