# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ROBERT THOMAS & LINDA MARIE BACK |
| **Case Number:** | 2:19-BK-13684-BKM    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 20, 2021 11:00 AM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | LETICIA OROSCO |

### Matter:

CONFIRMATION HEARING RE: FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR SMALL BUSINESS DEBTORS - SUBCHAPTER V FILED BY PATRICK F KEERY ON BEHALF OF LINDA MARIE BACK, ROBERT THOMAS BACK .

**R / M #:**   217 / 0

### Appearances:

LYNTON MARK KOTZIN, TRUSTEE
PATRICK F KEERY, ATTORNEY FOR ROBERT THOMAS BACK, LINDA MARIE BACK
HELEN SANTILLI, ATTORNEY FOR LYNTON MARK KOTZIN
PATTY CHAN, ATTORNEY FOR THE U.S. TRUSTEE
MELISSA CONTI
FABIAN ZAZUETA, ATTORNEY FOR PETER STROJNIK

### Proceedings:

Mr. Keery provides a status update of the case and advises that a second amended plan will be filed.

Ms. Santilli requests that the confirmation hearing on the second amended plan not be set until at least 60 days out, as there is still document production that needs to be done.

COURT:  THE COURT ADVISES THAT IF THERE ARE SPECIFIC THINGS BEING CHANGED IN THE SECOND AMENDED PLAN, THEN A REDLINE VERSION WOULD BE HELPFUL. THE RED LINE AND CLEAN COPY CAN BOTH BE FILED ON THE COURT'S DOCKET.

THE COURT WILL NOT SET A CONTINUED HEARING AT THIS TIME, BUT ONCE THE SECOND AMENDED PLAN IS FILED, DEBTOR'S COUNSEL MAY REQUEST A HEARING.

Mr. Keery informs the Court that a budget was provided to and approved by Trustee's counsel. Mr. Keery discusses the Volt, LLC claim objection.

Ms. Santilli responds that the budget was not approved and the Trustee reserves the right to review and approve any final budget.